1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUDY M. BUCHANAN,                                      )
                                                       )
                          Plaintiff,                   )       Case No. C10-124-JCC-BAT
                                                       )
                 v.                                    )       **REPORT AND**
                                                       )       **RECOMMENDATION**
MICHAEL ASTRUE, Commissioner of the                    )
Social Security Administration,                        )
                                                       )
                          Defendant.                   )

13     Plaintiff Judy M. Buchanan brought this action to seek judicial review of the denial of her

14     application for disability insurance benefits and supplemental security income by the

15     Commissioner of the Social Security Administration.  Dkt. 17.  The parties have stipulated that

16     this case should be reversed and remanded for further administrative proceedings pursuant to

17     sentence four of 42 U.S.C. § 405(g).  Dkt. 22.

18     Based on the stipulation of the parties, the Court recommends that this case be

19     **REVERSED** and **REMANDED** for further administrative proceedings in accordance with

20     sentence four of 42 U.S.C. § 405(g).  The parties have stipulated that on remand, the

21     Administrative Law Judge (ALJ) will conduct a de novo hearing.  The ALJ will make a new

22     determination as to plaintiff's disability taking all evidence into account and issue a new decision.

23     The parties further stipulate that plaintiff is entitled to reasonable attorney fees and costs

REPORT AND RECOMMENDATION – 1

1    pursuant to 28 U.S.C. § 2412.

2              Because the parties have stipulated that the case be remanded as set forth above, the Court

3    recommends that United States District Judge John C. Coughenour immediately approve this

4    Report and Recommendation and order the case **REVERSED** and **REMANDED** for further

5    administrative proceedings.  A proposed order accompanies this Report and Recommendation.

6              DATED this 23rd day of July, 2010.

7

8                                                                    _____

9                                                                    BRIAN A. TSUCHIDA
                                                                     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION – 2