Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUDY M. BUCHANAN,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ASTRUE, Commissioner of the Social Security Administration,<br><br>Defendant. | C10-0124-JCC<br><br>**ORDER** |

This matter comes before the Court on the report and recommendation of Magistrate Judge Brian A. Tsuchida. (Dkt. No. 23). The parties have stipulated to the terms contained therein. (*See id.*).

The Court hereby ADOPTS the report and recommendation. The Court therefore REVERSES the final decision of the Commissioner, and REMANDS this case to the Social Security Administration for further administrative proceedings consistent with the report and recommendation.

SO ORDERED this 4th day of August, 2010.

_____
JOHN C. COUGHENOUR
United States District Judge

ORDER, C10-0124-JCC
Page 1